UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

————

JEFFREY LEBLANC,

                Plaintiff,                Case No. 1:15-cv-72

v.                                    Honorable Paul L. Maloney

KALAMAZOO COUNTY GOVERNMENT,

                Defendant.
_____/

## JUDGMENT

In accordance with the Order issued this date,

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without

prejudice for lack of prosecution.


Dated:    April 17, 2015               /s/ Paul L. Maloney
                                            Paul L. Maloney
                                            Chief United States District Judge